# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**PATRICIA MARQUES MACHADO and RICARDO BATISTA DE MORAES,**

      **Plaintiffs,**

v.                                    **Case No: 6:24-cv-1262-PGB-EJK**

**ALEJANDRO MAYORKAS, UR MENDOZA JADDOU and CONNIE NOLAN,**

      **Defendants.**

_____/

## **ORDER**

This cause is before the Court on Plaintiffs Patricia Marques Machado and Ricardo Batista De Moraes's ("**Plaintiffs**") failure to comply with the Court's Order granting Plaintiffs' request for a temporary restraining order. (Doc. 24 (the "**Order**")).

On September 13, 2024, the Court issued its Order granting in part Plaintiffs' Motion for Temporary Restraining Order. (Docs. 23, 24). Therein, the Court granted Plaintiffs' request for a temporary restraining order and deferred its ruling on Plaintiffs' request for a preliminary injunction. (Doc. 24). Further, the Court directed Plaintiffs to comply with the procedural requirements for the temporary restraining order to be properly issued and for the Court to eventually rule on the request for a preliminary injunction. (*Id.*). Specifically, the Court directed Plaintiffs

to "immediately serve on Defendants by U.S. Mail and electronic mail" a series of materials related to Plaintiffs' requested relief. (*Id.* at p. 12). The Court further required Plaintiffs to certify their compliance with this directive by filing a Notice of Compliance on or before September 18, 2024. (*Id.*). To date, Plaintiffs have not filed their Notice of Compliance, and the time to do so has now passed.

Accordingly, Plaintiffs shall file their Notice of Compliance with the Court **on or before September 20, 2024**.[1] Failure to timely comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on September 19, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court clarifies that in their Notice of Compliance, Plaintiffs shall attach each of the materials served upon Defendants.

2