# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**PATRICIA MARQUES MACHADO and RICARDO BATISTA DE MORAES,**

      **Plaintiffs,**

v.   Case No: 6:24-cv-1262-PGB-EJK

**ALEJANDRO MAYORKAS, UR MENDOZA JADDOU and CONNIE NOLAN,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal, filed September 27, 2024. (Doc. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants Secretary of the Department of Homeland Security Alejandro Mayorkas; USCIS Director Ur Mendoza Jaddou; and USCIS Associate Director Connie Nolan are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 27, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties